UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 ARPINDER GILL
D-2 DUNG DUC VU
D-3 DOC HIEN TAO
D-4 RAVINDERPAL SEKHON
D-5 VARINDER MAKKAR
D-6 JASPREET PANNU
D-7 KULVIR RANOW
D-8 TAJINDER LALL,

Defendants.
_____/

3:06-MJ-00109-JDR

Cr. No. 04-80394

VIO. 21 U.S.C. §§841, 846

ARTHUR J. TARNOW
Hon.
MAGISTRATE JUDGE R. STEVEN WHALEN

U.S. DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT-PSG

'04 APR 29 P 4:23

FILED

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
(21 U.S.C. §§841, 846–Conspiracy to Possess with
with Intent to Distribute and to Distribute Marijuana and Cocaine )

D-1 ARPINDER GILL
D-2 DUNG DUC VU
D-3 DOC HIEN TAO
D-4 RAVINDERPAL SEKHON
D-5 VARINDER MAKKAR
D-6 JASPREET PANNU
D-7 KULVIR RANOW
D-8 TAJINDER LALL

That from on or about December 1, 2002 to on or about July 29, 2003 in the Eastern District of Michigan, Southern Division at Port Huron and elsewhere in the United States and Canada, ARPINDER GILL, DUNG DUC VU, DOC HIEN TAO, RAVINDERPAL SEKHON, VARINDER MAKKAR, JASPREET PANNU, KULVIR RANOW, and TAJINDER LALL, defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other and with persons both known and unknown to the Grand Jury, to commit an offense against the United States, that being possessing with intent to distribute and distributing 100 kilograms or more of marijuana, a Schedule I Controlled Substance, and cocaine, a Schedule II Controlled Substance, in excess of five kilograms, contrary to the provisions of Section 841(a)(1) of Title 21, United States Code.

It was part of the ways and means of this unlawful conspiracy that defendant ARPINDER GILL would arrange for the transportation of marijuana of Canadian suppliers, such as defendants DUNG DUC VU and DOC HIEN TAO, from Canada into the United States by commercial trucks, principally through ports of entry in southeast Michigan. Defendant ARPINDER GILL would use several individuals, including defendants RAVINDERPAL SEKHON and VARINDER MAKKAR to recruit truck drivers to take the marijuana into the United States and to bring back the proceeds of marijuana sales to Canada. Drivers employed in such a manner included defendants KULVIR RANOW and TAJINDER LALL in addition to truck drivers previously apprehended in the United States pertaining to the delivery of marijuana, including Amrit Gill, Manpreet Pannu, Jagjiwan Sekhon, Parminder Cheema, Davinder Cheema, Randhir Khangura, Harpreet Chahal, and Harjiven Cheema.

It is further part of the ways and means of the unlawful conspiracy that defendant

ARPINDER GILL would arrange for the transportation of cocaine from the United States to Canada. For example, in June of 2003, defendant APRINDER GILL, through defendant RAVINDERPAL SEKHON, directed truck driver Satwinder Singh to pick up approximately 72 kilograms of cocaine in California and sought to have the cocaine transported to Canada.

All in violation of Section 846 of Title 21, United States Code.

THIS IS A TRUE BILL

*[signature]*
FOREPERSON

JEFFREY COLLINS
United States Attorney

*[signature]*
Karl Overman
Assistant U.S. Attorney

Date: 4/29/04