```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs___DUNG DUC VU___CASE NO.___3:06-MJ-00109-JDR_____
Defendant:_X_Present    _X_In Custody

BEFORE THE HONORABLE       _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:     _____CAROLINE EDMISTON_____

UNITED STATES ATTORNEY:    _____STEVE SKROCKI_____

DEFENDANT'S ATTORNEY:      _____MJ HADEN APPOINTED FOR RICH CURTNER_

U.S.P.O.:                  _____BARBARA BURTON_____

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON EASTERN DISTRICT OF
             MICHIGAN SOUTHERN DIVISION INDICTMENT Held 06/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:03 p.m. court convened.

_X_Copy of Indictment given to defendant: read.

_X_Defendant sworn.

_X_Defendant advised of general rights, charges and penalties.

_X_Defendant states true name:_____Same as above._____

_X_Financial Affidavit **FILED**; Federal Public Defender accepted appointment. FPD notified.

_X_Waiver of Rule 40 Hearing **FILED**.

_X_Defendant detained; Commitment to Another District **FILED**.

At 4:17 p.m.

NOTE: Original and one copy of Commitment to Another District hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:_____June 20, 2006_____    DEPUTY CLERK'S INITIALS: ___Ce___