**ORIGINAL** PLEASE RETURN TO

AO 94 (Rev. 8/97) Commitment to Another District

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 JUL 17 AM 10: 59

# UNITED STATES DISTRICT COURT

District of Alaska

RECEIVED
JUL 24 2006
CLERK, US DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA
V.
Dung Duc Vu

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 3:06-MJ-00109-JDR | Alaska |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of ___ U.S.C. §

**DISTRICT OF OFFENSE**
Eastern District of Michigan Southern

**DESCRIPTION OF CHARGES:**
Conspiracy to possess with intent to distribute

**CURRENT BOND STATUS:**
☐ Bail fixed at ___ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☐ Yes Language: ☐

## DISTRICT OF ALASKA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/20/06                redacted signature
Date                                           Judge

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 07-12-2006 | Detroit E/MI | 07-12-06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 07-12-06 | Robert Grubbs | Gregory W. Shelton |